UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07085-ODW<br>Bankruptcy Ct. Case No. 2:25-bk-11466-WB | Date | January 23, 2026 |
|---|---|---|---|
| Title | *In Re Shawn M. Millner-Todd* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

On July 31, 2025, Appellant Shawn M. Millner-Todd appealed from the United States Bankruptcy Court, Central District of California, and elected to proceed with the appeal before this District Court.  (Notice Appeal, Dkt. No. 1.)  On May 5, 2021, the Court issued a Notice Regarding Appeal From Bankruptcy Court, notifying Appellant of certain filing requirements and deadlines.  (Notice, Dkt. No. 6.)  On August 20, 2025, Appellant filed his Designation of Record on Appeal.  (Designation Record, Dkt. No. 1.)

On December 9, 2025, after considerable time has elapsed and the Court has not received a Notice of Completion of Record on Appeal, the Court ordered Appellant to show cause regarding the status of the Bankruptcy Record.  (OSC, Dkt. No. 12.)  On December 19, 2025, Appellant filed his Response to the Court's OSC.  (Resp., Dkt. No. 13.)  In his Response, Appellant indicated that he is "now working with the Bankruptcy Clerk to expedite the process to ensure the record is completed" and "anticipates the Notice of Completion of Record to be filed no later than January 12, 2026."  (Decl. Stanley D. Bowman ISO Resp. ("Bowman Decl.") ¶¶3–4, Dkt. No. 13.)  On December 17, 2025, after having carefully reviewed Appellant's Response, the Court discharged its OSC and ordered Appellant to "continue to work with the Bankruptcy Clerk and ensure completion of the record on appeal by January 12, 2026."  (Order Discharge OSC, Dkt. No. 14.)

To date, the Court has not received a Notice of Completion of Record on Appeal. Furthermore, Appellant has not informed the Court of his efforts regarding the preparation of

record and has not requested an extension of the previously-specified deadline to ensure completion of the record.  Consequently, this appeal is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

:     00

Initials of Preparer    SE